THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
HENRY WINN, Appellant.

*People* v. *Winn*, 119 App. Div. 927, affirmed.
(Argued November 23, 1908; decided December 8, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1907, which affirmed a judgment of the Franklin County Court rendered upon a verdict convicting the defendant of the crime of rape in the second degree.

*Charles A. Burke* for appellant.

*John W. Genaway* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.